FILED
OCT 20 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

CHRISTOPHER KELSO (1), AKA MONEY MONTANA
EMANUEL PADILLA (2)
DARIUS HELLUMS (3), AKA BIGHOMIE DLOVE

CASE NUMBER: W20-219M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about **July 14, 2019,** in **Bell** County, in the Western District of Texas, defendant(s), **aided and abetted by each other, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(2), in that the Defendants did unlawfully take and obtain personal property consisting of marijuana and firearms belonging to the another individual in Temple, Bell County, Texas, from the presence of the individual, against the individual's will, by means of actual and threatened force, violence, and fear of immediate and future injury to the individual's person, while the individual was engaged in the activity of selling marijuana, a business that was engaged in and affects interstate commerce,** in violation of Title **18**, United States Code, Section(s) **2 and 1951(a)**.

I further state that I am a(n) **Task Force Officer, Federal Bureau of Investigation,** and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

JOSEPH FIEDLER, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

October 20, 2020
Date
Jeffrey C. Manske
U.S. Magistrate Judge
Name & Title of Judicial Officer

Waco, Texas
City and State

Signature of Judicial Officer

United States District Court

Western District of Texas, Waco Division

Affidavit

1. Your Affiant is a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been employed as Texas Peace Officer for 20 years and assigned as a TFO with the FBI 3 years. I am currently assigned to the San Antonio Division, Waco Resident Agency (WRA) in Waco, Texas. I am currently assigned to the Violent Crimes Task Force where my responsibilities include those involving investigating violent crimes to include violations of the HOBBS Act and enforcing federal criminal statutes. As part of these duties, your Affiant has become involved in the investigation of suspected violations of Title 18, United States Code, Section 1951. The facts in this affidavit come from your Affiant's personal observations, his training and experience, and information obtained from other law enforcement officers and witnesses.

2. The statements contained in this affidavit are based on information provided to your Affiant by other law enforcement officers who investigate these types of crimes and through his personal investigation. Your Affiant has set forth herein the facts believed necessary to establish probable cause that said violation does exist.

3. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your Affiant has not included each and every fact known concerning this investigation. Your affiant has set forth only facts believed necessary to establish probable cause.

## Background of the Investigation

1. On July 14, 2019, at approximately 5:40 am, the Temple Police Department received a call of a gunshot victim located at a residence in Temple, Bell County, Texas. When officers arrived, they found G.B. suffering from a gunshot wound to the forearm and chest. This location is within the Waco Division of the Western District of Texas.

2. While investigating the shooting of G.B., Temple Police Detectives obtained a search warrant for the Temple residence. During a search of the property, Task Force Officers located an unopened bottle of what is labeled Workhardt Promethazine with Codeine and approximately 13 ounces of Marijuana hidden in a crawl space under the house. Affiant assisted with the search the back room of the residence that was identified as the room occupied by B.M. In the room, Affiant detected a strong odor of what he recognized from his training and experience as unburnt Marijuana. Affiant located two empty Wockhardt brand bottles marked "Promethazine with Codeine Cough Syrup" and "not for household use." Affiant also located numerous empty plastic and gallon size bags that held a strong odor of Marijuana inside them. Under the bed, Affiant located several handguns as well as another handgun at the head of B.M.'s bed.

3. Detectives identified T.M., who told officers that he was in the backyard of the residence when he heard someone approaching the back yard from the front of the house. T.M. reported that he confronted three males. T.M. stated that one of the males appeared to be Hispanic while the

other two appeared to be African American. T.M. reported that the three males were wearing masks and were each armed with a handgun. The three males demanded that T.M. open the back door to the residence, which opened into the room of B.M. T.M refused to open the door and was struck with the butt of a handgun several times by one of the males. T.M. reported that his wallet was taken from him.

4. Temple detectives spoke with G.B., who was treated by emergency medical technicians. G.B. told detectives that she heard banging outside her bedroom window and came to the door armed with a pistol. G.B. was shot once in the wrist with the projectile traveling through her wrist and into her chest causing serious bodily injury.

5. During the course of the investigation, Temple Police Detective Mcrea recalled a previous robbery, Temple Police Report #18000416, that occurred at the same location involving the same victim, G.B. During that investigation, Detective Mcrea believed that the target of the robbery was B.M. Detective Mcrea, as well as other responding officers, indicated that there was a strong odor of Marijuana in the residence, specifically in the back bedroom belonging to B.M., at the time of the previous robbery. Detective Mcrae believed that B.M. was targeted for robbery due to his sale and possession of Marijuana and firearms.

6. During the initial on scene investigation, Detective Mcrea and TFO Fiedler conducted an interview of B.M. B.M. provided the names of two people that he believed participated in the robbery and shooting of G.B. B.M. provided the names of Emanuel Padilla and Darius Hellums. B.M. could not identify them as being at the location when G.B. was shot but believed that Darius Hellums and Emanuel Padilla participated in the robbery based on past encounters with the two. In a subsequent proffer debrief, B.M. again provided the names of Darius Hellums and Emanuel Padilla as possibly involved in the robbery and shooting of G.B.

7. Affiant conducted an interview of A.W., who told Affiant that a person he knows as Christopher Kelso, AKA "Moneyy Montana," told him that he participated in the robbery and shooting of G.B. Affiant conducted an interview of L.R., who told Affiant that Emanuel Padilla confessed to him that he participated in the robbery and shooting of G.B. Affiant conducted an interview with L.R. who told Affiant that Darius Hellums participated in a robbery/home invasion with him for which L.R. was currently charged and being held in the Bell County Jail.

8. Affiant learned that Christopher Kelso utilized his personal Facebook page under the vanity name "Moneyy Montana" to communicate with another individual whom he set up an unrelated robbery of a known drug dealer. Affiant executed a search warrant on the Facebook page of Christopher Kelso, AKA" Moneyy Montana," to obtain Facebook messenger content. While analyzing the Facebook page messaging, Affiant discovered a message exchange between Christopher Kelso, AKA "Moneyy Montana," and Emanuel Padilla, who used his true name as his Facebook vanity name. The conversation included details of firearms that were kept and stored by B.M. and the desire by Christopher Kelso, AKA "Money Montana," and Emanuel Padilla to steal the firearms from B.M.

9. Affiant obtained and executed a search warrant of the personal Facebook page of Emanuel Padilla to obtain Facebook messenger content. Upon receiving the Facebook Messenger content of Emanuel Padilla, Affiant discovered a conversation between Emanuel Padilla, Christopher Kelso, AKA "Money Montana," and Darius Hellums, AKA "Bighomie Dlove," as detailed below.

a. On June 4, 2019, Christopher Kelso, AKA "Moneyy Montana," and Emanuel Padilla had the following conversation on Facebook Messenger. During the conversation, Christopher Kelso and Emanuel Padilla talked about Emanuel Padilla being at B.M.'s house and seeing the firearms that B.M. kept in his room. They further discussed stealing and selling the firearms.

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 6/4/2019 | 1:17:03 PM | Moneyy Montana | Emanuel Padilla | Wanna buy this glock |
| 6/4/2019 | 1:20:45 PM | Emanuel Padilla | Moneyy Montana | Hn I wanna put that hoe to work |
| 6/4/2019 | 1:21:01 PM | Emanuel Padilla | Moneyy Montana | But fr though I tripped out bro I was just thinking about this shit |
| 6/4/2019 | 1:21:35 PM | Emanuel Padilla | Moneyy Montana | I was with blade last night and he left all his straps inside his bag and went to go take a shower I could've shot off with them hoes |
| 6/4/2019 | 1:21:48 PM | Emanuel Padilla | Moneyy Montana | I ain' think about until I left kinfolk 😭,😭, |
| 6/4/2019 | 1:22:06 PM | Emanuel Padilla | Moneyy Montana | I was gone sale all them hoes foe a total or 2 bands |
| 6/4/2019 | 1:22:11 PM | Moneyy Montana | Emanuel Padilla | Hell yeah you should've burnt off dkove came over here yesterday |
| 6/4/2019 | 1:22:19 PM | Emanuel Padilla | Moneyy Montana | And keep the dreko |
| 6/4/2019 | 1:22:25 PM | Moneyy Montana | Emanuel Padilla | What all he had |
| 6/4/2019 | 1:22:42 PM | Moneyy Montana | Emanuel Padilla | That lil white nigga blade |
| 6/4/2019 | 1:22:45 PM | Emanuel Padilla | Moneyy Montana | Glocks dreks ars |
| 6/4/2019 | 1:24:58 PM | Emanuel Padilla | Moneyy Montana | Imma get them hoes watch and bring me back to the hood |
| 6/4/2019 | 1:28:00 PM | Emanuel Padilla | Moneyy Montana | Bro matter of fact I think the drekos sitting on blades bed or in his room kinfolk |
| 6/4/2019 | 1:28:29 PM | Emanuel Padilla | Moneyy Montana | I ain' see the other Drekos he had and I remember him taking them out at his shit |

b. On June 14, 2019, Emanuel Padilla and Darius Hellums, AKA "Bighomie Dlove," discussed doing a robbery at a party. Darius Hellums asked Emanuel Padilla to get the address for the party from his sister. In the conversation, Emanuel Padilla specifically mention B.M. as a target for robbery. Darius Hellums states that he would pistol whip him. They further discuss that if B.M. is at the party they can burglarize his house through an A/C unit that is in a window. They discuss where B.M's father, T.M., stays in a trailer in the back of the residence. They talk about B.M. living with his grandmother G.B.

Case 6:20-mj-00219-JCM   Document 3   Filed 10/20/20   Page 6 of 11

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 6/14/2019 | 2:43:24 PM | Emanuel Padilla | BigHomie Dlovee | Watch her story and see if she'll send you the addy to that party |
| 6/14/2019 | 2:43:32 PM | BigHomie Dlovee | Emanuel Padilla | Ok |
| 6/14/2019 | 2:45:29 PM | BigHomie Dlovee | Emanuel Padilla | I texted Raven cloura do to much |
| 6/14/2019 | 2:45:41 PM | Emanuel Padilla | BigHomie Dlovee | Okay coo |
| 6/14/2019 | 2:45:55 PM | Emanuel Padilla | BigHomie Dlovee | Let's see what she say |
| 6/14/2019 | 2:46:07 PM | BigHomie Dlovee | Emanuel Padilla | Lol bet |
| 6/14/2019 | 2:46:20 PM | BigHomie Dlovee | Emanuel Padilla | Finna text cloura still lol |
| 6/14/2019 | 2:47:03 PM | Emanuel Padilla | BigHomie Dlovee | Ight 😭, cause I don' think they want us at that hoe |
| 6/14/2019 | 2:47:19 PM | Emanuel Padilla | BigHomie Dlovee | Well they don' cloura told magin she ain' want us to come |
| 6/14/2019 | 2:47:20 PM | Emanuel Padilla | BigHomie Dlovee | 😭😭 |
| 6/14/2019 | 2:48:07 PM | Emanuel Padilla | BigHomie Dlovee | I'm thinking like bitch you know who I am?? "We pop out at yo party I'm wit the gang and it's gone be a robbery so tuck ya chain"😭😭 |
| 6/14/2019 | 2:48:23 PM | BigHomie Dlovee | Emanuel Padilla | I'ma find out either way and ima Rob the whole party however walk out the door |
| 6/14/2019 | 2:48:37 PM | BigHomie Dlovee | Emanuel Padilla | 😭😭😭😭 |
| 6/14/2019 | 2:48:47 PM | Emanuel Padilla | BigHomie Dlovee | Yeah find out 😭 |
| 6/14/2019 | 2:49:00 PM | Emanuel Padilla | BigHomie Dlovee | Ik it's at the meadow bends |
| 6/14/2019 | 2:49:20 PM | Emanuel Padilla | BigHomie Dlovee | By the bridge the one that crosses us over to the manor |
| 6/14/2019 | 2:49:45 PM | BigHomie Dlovee | Emanuel Padilla | On God that's a lick for us 😭 |
| 6/14/2019 | 2:50:05 PM | BigHomie Dlovee | Emanuel Padilla | Who ever cum out drunk |
| 6/14/2019 | 2:50:10 PM | BigHomie Dlovee | Emanuel Padilla | Idgaf |
| 6/14/2019 | 2:50:26 PM | Emanuel Padilla | BigHomie Dlovee | Imma be looking foe the nigga ik who got some money |
| 6/14/2019 | 2:50:28 PM | Emanuel Padilla | BigHomie Dlovee | Like blade |
| 6/14/2019 | 2:50:40 PM | BigHomie Dlovee | Emanuel Padilla | Omm |
| 6/14/2019 | 2:50:53 PM | BigHomie Dlovee | Emanuel Padilla | But he might have a burner 😭 |
| 6/14/2019 | 2:51:14 PM | Emanuel Padilla | BigHomie Dlovee | And imma take that hoe from em and pistol whip tf outta his ass |
| 6/14/2019 | 2:51:57 PM | BigHomie Dlovee | Emanuel Padilla | Omm, so Magin know we're it's gone be |
| 6/14/2019 | 2:53:38 PM | Emanuel Padilla | BigHomie Dlovee | Yeah I think |
| 6/14/2019 | 2:57:13 PM | BigHomie Dlovee | Emanuel Padilla | Get it from her and we just gone link and be on sum reap mode shit |

| | | | | |
|---|---|---|---|---|
| 6/14/2019 | 3:21:47 PM | Emanuel Padilla | BigHomie Dlovee | On me nigga if not that hit his house if he there at the party? |
| 6/14/2019 | 3:22:15 PM | BigHomie Dlovee | Emanuel Padilla | Howwð Ÿ¤" |
| 6/14/2019 | 3:22:22 PM | BigHomie Dlovee | Emanuel Padilla | Whhhooo I mean |
| 6/14/2019 | 3:22:27 PM | Emanuel Padilla | BigHomie Dlovee | Blade |
| 6/14/2019 | 3:22:39 PM | Emanuel Padilla | BigHomie Dlovee | He got a ac unit in his window |
| 6/14/2019 | 3:22:40 PM | BigHomie Dlovee | Emanuel Padilla | Ohh yeah , who he stay wit |
| 6/14/2019 | 3:22:58 PM | Emanuel Padilla | BigHomie Dlovee | Just his grandma and dad |
| 6/14/2019 | 3:23:33 PM | BigHomie Dlovee | Emanuel Padilla | Hell na , his dad gone blow that bitch ðŸ˜,ðŸ˜,ðŸ˜,ðŸ˜,ðŸ˜,ðŸ˜, |
| 6/14/2019 | 3:24:01 PM | Emanuel Padilla | BigHomie Dlovee | Nah his dad don' stay in his house house his dad stays in the back |
| 6/14/2019 | 3:27:38 PM | BigHomie Dlovee | Emanuel Padilla | Ohh ok so he stay in with Grandma oh yeah we gotta lock in |

c. On June 17, 2019, Darius Hellums and Emanuel Padilla discuss being down and need to make "five bands" or $5000. Emanuel Padilla and Darius Hellums discuss the location of B.M.'s residence. Emanuel Padilla gives Darius Hellums the name of street the house is on and describes items that can be seen in the front yard. It appears that Emanuel Padilla had recently gone by the residence and commented that it did not appear that B.M. was home.

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 6/17/2019 | 8:32:42 PM | BigHomie Dlovee | Emanuel Padilla | Save sum money or sum let's do sum this weekend |
| 6/17/2019 | 8:33:14 PM | Emanuel Padilla | BigHomie Dlovee | Nah kinfolk I gotta stay down till Iâ€™m up |
| 6/17/2019 | 8:33:39 PM | BigHomie Dlovee | Emanuel Padilla | ðŸ˜, bro we always down shut up |
| 6/17/2019 | 8:33:52 PM | Emanuel Padilla | BigHomie Dlovee | I gotta get at least 5 bandz kinfolk within these next 2 months |
| 6/17/2019 | 8:33:57 PM | BigHomie Dlovee | Emanuel Padilla | Then let's hit sum ðŸ¤" |
| 6/17/2019 | 8:34:20 PM | BigHomie Dlovee | Emanuel Padilla | I'm not afraid of shit |
| 6/17/2019 | 8:34:28 PM | Emanuel Padilla | BigHomie Dlovee | Me either lmk |
| 6/17/2019 | 8:34:46 PM | BigHomie Dlovee | Emanuel Padilla | Next time I see Jacob I'm goin in his pockets then |
| 6/17/2019 | 8:34:53 PM | BigHomie Dlovee | Emanuel Padilla | ðŸ¤"ðŸ¤"ðŸ¤"ðŸ¤"ðŸ¤"ðŸ¤"ðŸ¤"ðŸ¤"ðŸ¤"ðŸ¤" |
| 6/17/2019 | 8:35:25 PM | Emanuel Padilla | BigHomie Dlovee | I ain' trippen tf |
| 6/17/2019 | 8:35:40 PM | BigHomie Dlovee | Emanuel Padilla | Well done you pass the testðŸ˜; |
| 6/17/2019 | 8:52:44 PM | Emanuel Padilla | BigHomie Dlovee | They niggas turnt into oops |
| 6/17/2019 | 8:52:47 PM | Emanuel Padilla | BigHomie Dlovee | Opps |
| 6/17/2019 | 8:52:58 PM | Emanuel Padilla | BigHomie Dlovee | And they know wassup on my end |
| 6/17/2019 | 8:53:03 PM | Emanuel Padilla | BigHomie Dlovee | Tuff |
| 6/17/2019 | 8:53:10 PM | BigHomie Dlovee | Emanuel Padilla | Say less lol |
| 6/17/2019 | 8:53:41 PM | BigHomie Dlovee | Emanuel Padilla | If they yo opps they mine straight like that ðŸ'" |
| 6/17/2019 | 8:54:39 PM | Emanuel Padilla | BigHomie Dlovee | They niggas ain' never rode as hard as I would for them |
| 6/17/2019 | 9:20:26 PM | BigHomie Dlovee | Emanuel Padilla | Na cap bro |
| 6/17/2019 | 9:30:17 PM | Emanuel Padilla | BigHomie Dlovee | ðŸ'¯ðŸ'¯ |
| 6/17/2019 | 9:32:16 PM | BigHomie Dlovee | Emanuel Padilla | Fuck them and who ever want smoke tell wassam we can do this shit right now you know I get down ðŸ—£, |

| 6/17/2019 | 9:33:24 PM | Emanuel Padilla | BigHomie Dlovee | You finna be mobile this week? |
| 6/17/2019 | 9:33:38 PM | Emanuel Padilla | BigHomie Dlovee | Scope out blade shit |
| 6/17/2019 | 9:33:53 PM | BigHomie Dlovee | Emanuel Padilla | ðŸ˜,ðŸ˜,ðŸ˜,I'm finna start back taking them hoes so I can be on my DEMON SHIT AND YEA I AM |
| 6/17/2019 | 9:34:00 PM | BigHomie Dlovee | Emanuel Padilla | Wat street |
| 6/17/2019 | 9:34:06 PM | Emanuel Padilla | BigHomie Dlovee | 13 |
| 6/17/2019 | 9:34:16 PM | Emanuel Padilla | BigHomie Dlovee | ðŸ˜,ðŸ˜,ðŸ˜,ðŸ˜, |
| 6/17/2019 | 9:34:18 PM | BigHomie Dlovee | Emanuel Padilla | Whitehouse right |
| 6/17/2019 | 9:34:21 PM | BigHomie Dlovee | Emanuel Padilla | Lol |
| 6/17/2019 | 9:34:59 PM | Emanuel Padilla | BigHomie Dlovee | You gonna see a red motorcycle in front the house |
| 6/17/2019 | 9:35:06 PM | Emanuel Padilla | BigHomie Dlovee | And the garage always open |
| 6/17/2019 | 9:37:10 PM | BigHomie Dlovee | Emanuel Padilla | Bet |
| 6/17/2019 | 9:37:22 PM | BigHomie Dlovee | Emanuel Padilla | I'm going get him watch |
| 6/17/2019 | 9:37:52 PM | Emanuel Padilla | BigHomie Dlovee | Bet |
| 6/17/2019 | 9:39:19 PM | Emanuel Padilla | BigHomie Dlovee | Watch his Instagram to see when he pull the blues out and tell him and Jacob go serve you or scoop you something yeeno? |
| 6/17/2019 | 9:40:03 PM | BigHomie Dlovee | Emanuel Padilla | Yes and it's the same as Facebook blade Miller I think |
| 6/17/2019 | 9:41:03 PM | Emanuel Padilla | BigHomie Dlovee | Yeah |
| 6/17/2019 | 9:42:05 PM | Emanuel Padilla | BigHomie Dlovee | See what they on rn |
| 6/17/2019 | 9:42:15 PM | Emanuel Padilla | BigHomie Dlovee | Be like "wyo lil bro" |
| 6/17/2019 | 9:42:42 PM | BigHomie Dlovee | Emanuel Padilla | Itgh |
| 6/17/2019 | 9:43:07 PM | Emanuel Padilla | BigHomie Dlovee | Cause it didn' look like blade was at his house |

    d. On June 24, 2019, Emanuel Padilla asked Darius Hellums about B.M.'s house. Emanuel Padilla tells Darius Hellums that he needs a "strap," also known as a gun.

| 6/24/2019 | 4:08:13 AM | Emanuel Padilla | BigHomie Dlovee | See wassup with blades spot |
| 6/24/2019 | 4:08:23 AM | BigHomie Dlovee | Emanuel Padilla | Fasho |
| 6/24/2019 | 4:08:38 AM | Emanuel Padilla | BigHomie Dlovee | Don' roach if yâ€™all hit that hoe I needa strap |

    e. On July 11, 2019, Christopher Kelso messages Emanuel Padilla and tells him he has a "Lick" for them on a "qp," meaning that he has a target to rob for a quarter pound of marijuana.

| 7/11/2019 | 10:07:52 PM | Moneyy Montana | Emanuel Padilla | I got a lick for us on a qp |
| 7/11/2019 | 10:08:02 PM | Emanuel Padilla | Moneyy Montana | When |
| 7/11/2019 | 10:08:31 PM | Moneyy Montana | Emanuel Padilla | Tonight I gotta see |
| 7/11/2019 | 10:08:54 PM | Emanuel Padilla | Moneyy Montana | Ohh ight lemme know Iâ€™ll fuck around and pull up |

f. On July 14, 2019, Emanuel Padilla, Christopher Kelso and Darius Hellums were in contact with each other exchanging messages and phone calls till approximately 1:37 am. They discussed meeting at Club Heavy, an after-hours location in Temple, Texas. The conversation ended at 1:37 am. The robbery and shooting of G.B. at B.M.'s residence was reported at 5:40 am. At 6:48 am, Christopher Kelso and Emanuel Padilla exchanged phone calls. At 8:44 am, Darius Hellums sent Emanuel Padilla a message asking him, "Yyou straight.t.

| 7/13/2019 | 12:17:44 PM | Emanuel Padilla | Moneyy Montana | Shit I don' even know you tell me |
| 7/14/2019 | 12:13:04 AM | BigHomie Dlovee | Emanuel Padilla | The video chat ended. |
| 7/14/2019 | 12:13:48 AM | BigHomie Dlovee | Emanuel Padilla | The video chat ended. |
| 7/14/2019 | 12:43:20 AM | Emanuel Padilla | BigHomie Dlovee | Onna way rn rn |
| 7/14/2019 | 1:04:05 AM | Emanuel Padilla | BigHomie Dlovee | The video chat ended. |
| 7/14/2019 | 1:04:10 AM | BigHomie Dlovee | Emanuel Padilla | You missed a call from BigHomie. |
| 7/14/2019 | 1:04:19 AM | Emanuel Padilla | BigHomie Dlovee | Wya |
| 7/14/2019 | 1:31:41 AM | Emanuel Padilla | Moneyy Montana | You missed a call from Emanuel. |
| 7/14/2019 | 1:31:41 AM | Emanuel Padilla | Moneyy Montana | Moneyy missed your call. |
| 7/14/2019 | 1:31:46 AM | Emanuel Padilla | Moneyy Montana | Wya |
| 7/14/2019 | 1:31:56 AM | Emanuel Padilla | Moneyy Montana | Letâ€™s go to heavy |
| 7/14/2019 | 1:32:04 AM | Emanuel Padilla | Moneyy Montana | Iâ€™ll scoop rnrn |
| 7/14/2019 | 1:37:47 AM | Emanuel Padilla | Moneyy Montana | You missed a call from Emanuel. |
| 7/14/2019 | 1:37:47 AM | Emanuel Padilla | Moneyy Montana | Moneyy missed your call. |
| 7/14/2019 | 1:37:53 AM | Emanuel Padilla | Moneyy Montana | You ramblin |
| 7/14/2019 | 6:48:58 AM | Moneyy Montana | Emanuel Padilla | Moneyy called you. |
| 7/14/2019 | 6:48:58 AM | Moneyy Montana | Emanuel Padilla | You called Emanuel. |
| 7/14/2019 | 8:44:40 AM | BigHomie Dlovee | Emanuel Padilla | You straight |

## Conclusion

1. Based upon the aforementioned facts, there is probable cause to believe that one or more violations of 18 United States Code, § 1951 has been committed by Christopher Kelso, Emanuel Padilla and Darius Hellums.

2. Accordingly, your Affiant respectfully requests that an arrest warrant be issued for Christopher Kelso, Emanuel Padilla and Darius Hellums.

FURTHER AFFIANT SAYETH NAUGHT.

JOSEPH FIEDLER, Task Force Officer
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me on the ___20th___ day of October, 2020.

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE